DREXEL CHEMICAL COMPANY, PLAINTIFF *v.* THE UNITED STATES, DEFENDANT

Court No. 98–02–00295–S

Dated: June 27, 2003

*AMENDED JUDGMENT*

MUSGRAVE, *Senior Judge*: Upon consideration of the Consent Motion to Amend the Judgment Pursuant to Rule 59(e) and good cause having been shown, it is hereby;

ORDERED that, for the reasons set forth in the Consent Motion to Amend the Judgment Pursuant to Rule 59(e), the Consent Motion is granted; and it is further

ORDERED that the United States pay interest to Drexel as provided by 28 U.S.C. § 2644 and 19 U.S.C. § 1505.